LAND MARK CORPORATION, Appellant, v. 574–582 BEDFORD AVENUE CORPORATION and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

PARKER SLOANE, Respondent, v. AUGUST KNEHER, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

RAYMOND USKE, SR., and RAYMOND USKE, JR., an Infant under the Age of Fourteen Years, etc., Appellants, v. THE ROMAN CATHOLIC CHURCH OF ST. PETERS, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.

SARAH ZUROFF, Respondent, v. WESTCHESTER TRUST COMPANY and GEORGE EGBERT, as Superintendent of Banks of the State of New York, etc., Appellants, and Others, Defendants.— On the court's own motion, a reargument of the appeal is ordered and reargument set down for Friday, February 14, 1936. [See 246 App. Div. 719; Id. 831; post, p. 756.] Present — Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ.